NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HYUNDAI MOBIS CO., LTD., MOBIS ALABAMA, L.L.C.,**
*Appellants*

**v.**

**AUTOLIV ASP, INC.,**
*Appellee*

---

2016-1896

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-01005.

---

**JUDGMENT**

---

PAUL WHITFIELD HUGHES, Mayer Brown LLP, Washington, DC, argued for appellants. Also represented by ANDREW JOHN PINCUS, JONATHAN WEINBERG.

KEITH E. BROYLES, Alston & Bird LLP, Atlanta, GA, argued for appellee. Also represented by WESLEY ACHEY, PAMELA COUNCILL.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (O'MALLEY, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| March 7, 2017 | /s/ Peter R. Marksteiner |
|:---:|:---:|
| Date | Peter R. Marksteiner |
| | Clerk of Court |